*A. W. Cozart* and *Wynn & Wohlwender,* contra.

---

## MONIAC CHEMICAL COMPANY *v.* KING & CLARK.

BECK, J. No errors are shown in any of the rulings of the court below, nor in the portions of the charge excepted to; and there was sufficient evidence to authorize the finding of the jury.

*Judgment affirmed. All the Justices concur.*

SEPTEMBER 22, 1910.

Equitable petition. Before Judge Parker. Charlton superior court. August 21, 1909.

*Wilson, Bennett & Lambdin* and *Toomer & Reynolds,* for plaintiff in error.   *H. F. Dunwody* and *J. L. Sweat,* contra.